Ian A. Woods
SDCC
P.O. Box 208
Indian Springs, N.V. 89070

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

2014 OCT 29 P 3:10

| | |
|---|---|
| IAN A. WOODS, et al., Plaintiff's, <br><br> vs. <br><br> MAXIMUS COFFEE GROUP, et al., Defendants. | "FIRST AMENDED TORT" <br> Case No. 2:14-CV-1556-RFB-VCF <br> PRODUCTS LIABILITY <br> IN TORT <br> SECTION 402A <br> JURY TRIAL DEMANDED |

## A. JURISDICTION

The Plaintiff is Ian A. Woods a citizen of NEVADA a corporation incorporated under the laws of Nevada with its principal place of business in Nevada. The Defendant is Maximus Coffee Group a citizen of NEVADA a corporation incorporated under the laws of Nevada with its principal place of business in Nevada. The amount in controversy, without interest and cost, exceeds the sum or value specified by 28 U.S.C. §1332.

B. PARTIES

1.) Plaintiff Ian A. Woods is an individual residing in Indian Springs, Nevada and a citizen of the State of Nevada.

2.) Plaintiff Jerrad Henke is a Corporation organized and existing under the laws of the State of Nevada, with its principal place of business in Indian Springs, Nevada.

3.) Plaintiff Clifford Stubbs is a Corporation organized and existing under the laws of the State of Nevada, with its principal place of business in Indian Springs, Nevada.

4.) Defendant #1 Maximus Coffee Group is a Corporation organized and existing under the laws of the State of Nevada, with its principal place of business in Indian Springs; Clark County, Nevada.

5.) Defendant #2 Coca-Cola is a corporation organization and existing under the laws of the State of Nevada, with its principal place of place of business in Clark County; Indian Springs, Nevada.

6.) Defendant #3 Mountain Dew is a Corporation organization and existing under the laws of the State of Nevada, with its principal place of business in Clark County/ Indian Springs, Nevada.

6.) Defendant #4 DR Pepper is a Corporation organization and existing under the laws of the State of Nevada, with its principal place of business in Clark County/

Page -2-

1 Indian Springs, Nevada.
2 #7.) Defendant #5 Jolt Cola is a corporation organization
3 and existing under the laws of the State of Nevada, w-
4 ith its principal place of business in Clark County/In-
5 dian Springs, Nevada.
6 #8.) Defendant #6 Diet Coke is a corporation organization
7 and existing under the laws of the State of Nevada, w-
8 ith its principal place of business in Clark County/In-
9 dian Springs, Nevada.
10 #9.) Defendant #7 Red Bull is a corporation organizat-
11 ion and existing under the laws of the State of N-
12 evada, with its principal place of business in Clark Cou-
13 nty/Indian Springs, Nevada.
14 #10.) Defendant #8 Stay Alert Gum is a corporation org-
15 anization and existing under the laws of the State of Nevada,
16 with its principal place of business in Clark County/Indian S-
17 prings, Nevada.
18 #11.) Defendant #9 5-Hour Energy is a corporation organ-
19 ization and existing under the laws of the State of
20 Nevada, with its principal place of business in Clark C-
21 ounty/Indian Springs, Nevada.
22 #12.) Defendant #10 Stacker2 6-Hour Powder Energy Shot i-
23 s a corporation organization and existing under the laws
24 of the State of Nevada, with its principal place of bus-
25 iness in Clark County, Nevada.
26 #13.) Defendant #11 RockStar 2x Energy Drink is a corpora-
27 tion organization and existing under the laws of the

Page-3-

1  State of Nevada, with its principal place of business in
2  Clark County, Nevada.
3  #14.) Defendant #12 Monster Energy Drink is a Corporat-
4  ion organization and existing under the laws of the
5  State of Nevada, with its principal place of busin-
6  ess in Clark County, Nevada.
7  #15.) Defendant #13 No Doz is a Corporation organizat-
8  ion and existing under the laws of the State of N-
9  evada, with its principal place of business in Clark Co-
10 unty, Nevada.
11 #16.) Defendant #14 NOS Energy Drink is a Corporat-
12 ion organization and existing under the laws of the
13 State of Nevada, with its principal place of business
14 in Clark County, Nevada.
15 #17.) Defendant #15 Pepsi Max is a Corporation organi-
16 zation and existing under the laws of the State of
17 Nevada, with its principal place of business in C-
18 lark County/Indian Springs, Nevada.
19 #18.) Defendant #16 Zantrex-3 Diet Pills is a Corpora-
20 tion organization and existing under the laws of the
21 State of Nevada, with its principal place of business i-
22 n Clark County, Nevada.
23 #19.) Defendant #17 Starbucks Refreshers is a Corp-
24 oration organization and existing under the laws o-
25 f business in Clark County, Nevada.
26 #20.) Defendant #18 Clif Shot Energy Fuel is a Corp-
27 oration organization and existing under the laws
28

Page -4-

1  of the State of Nevada, with its principal place of
2  business in Clark County, Nevada.
3  #21.) Defendant #19 Energy Sheets is a corporation or-
4  ganization and existing under the laws of the State
5  of Nevada, with its principal place of business in C-
6  lark County, Nevada.
7  #22.) Defendant #20 Mio Energy Liquid Water Enhan-
8  cer is a corporation organization and existing under
9  the laws of the State of Nevada, with its princip-
10 al place of business in Clark County, Nevada.
11 #23.) Defendant #21 NESTLE USA, Inc is a corporation
12 organization and existing under the laws of the St-
13 ate of Flordia, with its principal place of business in
14 Indian Springs, Nevada.
15 #24.) Defendant #22 FOLGERS COFFEE COMPANY is a corp-
16 oration organization and existing under the laws of the
17 State of OHIO, with its principal place of business in
18 Indian Springs, Nevada.
19 #25.) Defendant #23 Maxwell House, Kraft Foods North Amer-
20 ica is a corporation organization and existing under the
21 laws of State of Illinois, with its principal place
22 of business in Indian Springs, Nevada.
23 #26.) Defendant #24 KEEFE GROUP is a corporation org-
24 anization and existing under the laws of the State
25 of Missouri, with its principal place of business in
26 Indian Springs, Nevada.
27 #27.) Defendant #25 Food And Drug Administration is a
28

Corporation organization and existing under the laws of the State of Maryland, with its principal place of business in Clark County/Indian Springs, Nevada.

## C. JURISDICTION

#28.) There is complete diversity of citizenship between all Plaintiff's and all Defendant's in this matter. As will be morefully explained below, the amount in dispute in this action, exclusive of interest and costs, exceeds the sum of $75,000, therefore, this Court has Jurisdiction over this dispute by virtue of 28 U.S.C. §1332.

#29.) In addition, this is a claim within the admiralty or Maritime Jurisdiction of the Court as the facts of the Claim setout below make clear. This is, therefore, an admiralty or maritime claim within the meaning of Rule 9(h) an Plaintiffs invoke the provisions of Rules 14(c), 38(e), 82, and the Supplemental Rules for admiralty or Maritime claims and asset forfeiture actions.

This action arises under the United States Constitution, Article III U.S.C. §II, The Judicial Power Shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties Made, or which shall be made, under their Authority;- to all Cases affecting Ambassadors, other public Ministers and Consuls;- to Controversies to which the United States shall be a Party- to Controversies between two or more States;- between a State and Citizens of another State;- between Citizens of different States;- between Citizens of the Same State Claiming Lands under

1 Grants of different States, and between a State, or the Ci-
2 tizens thereof, and foreign States, Citizens or Subjects, a Fed-
3 eral Statute, Article III U.S.C. §II.

#30.) **COUNT #1**
**INADEQUATE WARNING,**
**DUTY TO WARN**

Defendants mentioned in this Tort, section 402A, are held liable for the injuries to Plaintiffs such as addiction, and health problems such as tooth decay; Kidney damage; Migraine headaches; Nerve damage; impaired fine motor performance of the brain; Visual reaction times; depression; Heart attack; Shakes and in some cases even death. These Caffeine Companies have a "duty" to warn Plaintiffs of the harmful side effects that caused by using these products, failure to warn or inadequate warning has caused a breach in the "duty", the breach was the proximate cause of Plaintiffs injuries.

Plaintiff Ian A. Woods has been injured by these products not containing warning labels, Mr. Woods has consumed alot of coffee without drinking enough water causing, Kidney problems, mild heart attack, Nerve damage, and migraine headaches. The "duty" to give a warning arises out of a foreseeable danger of physical harm arising out of the normal or probable use of the product and the likelihood that unless warned, the user or consumer will not ordinarilly be aware of such danger or hazard.

1  Caffeine Companies or distributors such as, Nestle USA Inc,
2  Folgers Coffee Company, Maxwell House, Keefe group, and Max-
3  imus Coffee group, and all the other defendants, have
4  a "duty" to warn Plaintiffs of the addiction associat-
5  ed with their product. Plaintiffs drink Caffeine all day
6  due to their addiction to Caffeinated products, if Plaintiffs
7  try to quit drinking Coffee or using Caffeinated products,
8  they will experience withdraws such as: lightheadedness,
9  migraine headaches, and depression just to name a few.
10 The Synthetic Caffeine made by the Manufacturer [MAXIMUS
11 COFFEE GROUP] is very dangerous and highly addictive, Syn-
12 thetic Caffeine is made like Methamphetamines. See exhibit #2,
13 as it shows the process as to how its made, the defen-
14 dants mentioned in this Tort have a "duty" to warn P-
15 laintiffs by labeling their products as to being highly
16 addictive, and the possibility of health problems. Their has
17 been 13 deaths related to Synthetic Caffeine, see exhibit #
18 3 and 4 to support this Claim, Synthetic Caffeine is a energy
19 booster thats in all energy drinks and soda's mentioned in
20 this Tort, without the proper warning injuries will keep
21 arising due to failure to warn. A Seller is under a
22 "duty" to provide adequate warning of danger and to
23 provide appropriate directions for Safe use. Comment [j]
24 in Section 402A, provides that in some instances "in order
25 to prevent the product from being unreasonably danger-
26 ous, the "Seller" may be required to give directions or
27 "Warning" on the container as to its use. For example

Page -8-

1  a drug company was found liable for "inadequate warning"
2  of the dangerous and not infrequent side-effects of one
3  of its drugs (MER29). Toole v. Richardson-Merrill, Inc., 251
4  Cal.App.2d 689, 60 Cal.Rptr. 398 (1967). Caffeine of any kind
5  is a stimulate, and is therefore a drug which triggers
6  a duty-to-warn Plaintiffs. The "duty to warn" arises w-
7  henever a manufacturer knows or reasonably should know
8  of the danger arising from the use of its product, that
9  duty can arise from a manufacturers post sale knowledge
10 acquired months, years, or even decades after the date
11 of the first sale of the product. Plaintiffs hold Manuf-
12 acturer and distributors liable for not giving "adequate-
13 warning" as to the addiction aquired because of the const-
14 ant use of these products. Plaintiffs hold the Food and
15 Drug Administration responsible for not enforcing "Warning
16 labels" on all products that contain Caffeine, that is hi-
17 ghly addictive and can lead to serious health problems.
18
19 #31.) COUNT #2
20      UNREASONABLY DANGEROUS
21 Plaintiffs have experienced injuries from these products s-
22 uch as: Kidney problems, Nerve damage, Strokes, Vision probl-
23 ems, Severe depression, Symtoms of heart attacks, severe
24 addiction, and in rare cases even death. These side-eff-
25 ects make these products unreasonably dangerous, see ex-
26 hibit #4, which states: the United States emergency room
27 visits related to energy drinks spiked from 1,100 in 2005

to 13,000 in 2009, and in November the [FDA] announced it was investigating 5-Hour Energy after 13 deaths were associated with the product. Synthetic Caffeine is being produced or manufactured in Chemical factories by Companies like [Maximus Coffee Group], these Companies are making 95 percent pure Caffeine called powdered Caffeine, the effects of these products being sold in soft drinks, energy drinks, energy shots, chewing gum, Sport fuels, and nasal sprays, they are dangerous and pose a serious risk to health and safety, with a possibility of overdosing causing death. The FDA should have provided information caused by these products, such as warning labels, and there should have been a study performed to find out the harmful side-effects associated with these products.

#32.) Wherefore Plaintiffs demand Judgment against defendants for the Sum of $9,000,000,000.00 dollars.

#33.) Plaintiffs also seek an injunction against Defendants, to not sell these products without warning labels.

#34.) Defendants pay all court fees, and attorney fees in this action.

Dated this 16th day of October 2014. I Ian A. Woods the undersigned, do hereby affirm that all Stat-

Page-10-

1  ements. Facts and events within this Tort §402A, are
2  true and correct to the best of my knowledge, infor-
3  mation, and belief. I believe them to be true and correct.
4  Signed under the penalty of perjury, pursuant
5  to, NRS 29.010; 53.045; 208.165, and State the follow-
6  ing within this Tort §402A. See 28 U.S.C. §1776 and
7  18 U.S.C. §1621.
8  FURTHER YOUR AFFIANT SAYETH NAUGHT.
9  Executed at: Indian Springs, Nevada, this 21 day
10 of October, 2014.

By: [signature]
IAN A. WOODS
#1005295
SDCC
P.O. Box 208
Indian Springs, NV.
89070
Pro se

Page -11-

# IRREFUTABLE EVIDENCE AND AFFIDAVIT'S ATTACHED TO TORT § 402A

# IRREFUTABLE EVIDENCE AND AFFIDAVIT'S ATTACHED TO TORT § 402A

1  AFFIDAVIT OF: IAN A. WOODS
2  STATE OF NEVADA   )
                     )  ss:
3  COUNTY OF CLARK   )

4  TO WHOM IT MAY CONCERN:

5  I, IAN A. WOODS the undersigned, do hereby swear that
6  all statements, facts and events within my foregoing Affidavit are
7  true and correct of my own knowledge, information and belief, and
8  as to those, I believe them to be True and Correct. Signed under the
9  penalty of perjury, pursuant to, NRS. 29.010; 53.045; 208.165, and state
10 the following: I have been using the product(s) mentioned
11 in this complaint for a long time, over 10 years, and
12 I have nerve damage, kidney damage, vision problems,
13 migraine headaches, depression, I am bipolar disorder
14 so the caffeine has effect(s) on my body for a long
15 time and effect my body differently, I wish I would
16 have been warned of the side effect or long term
17 effect(s) before I started using these product(s)
18 then I could have made a choice as whether
19 to use them or not, the synthetic caffeine is
20 even worse, people have actually died from it, I
21 recently found out that caffeine over time can ca-
22 use Parkinson disease, I wish I would have
23 been warned.

25  FURTHER YOUR AFFIANT SAYETH NAUGHT.
26  EXECUTED At: Indian Springs, Nevada, this 28th Day of August
27  20 14.                              BY: _____
28                                         IAN A. WOODS #1005295
                                           Post Office Box-208(SDCC)
                                           Indian Springs, Nevada. 89070./
                                           Affiant, In Propria Personam:

1        AFFIDAVIT OF: J-/H-/

2  STATE OF NEVADA    )
                      )  ss:
3  COUNTY OF CLARK    )

4     TO WHOM IT MAY CONCERN:

5     I, Jerrad Henke the undersigned, do hereby swear that
6  all statements, facts and events within my foregoing Affidavit are
7  true and correct of my own knowledge, information and belief, and
8  as to those, I believe them to be True and Correct. Signed under the
9  penalty of perjury, pursuant to, NRS. 29.010; 53.045; 208.165, and state
10 the following: I Began Drinking Coffee At a Very
11 Young Age. Too Young Really. I Became A Drug Addict
12 Very Young As Well. And When "My Drugs" Were
13 Not Available, I Turned To "Energy" Pills And
14 Energy Drinks For A Buzz, Not Knowing I would
15 Rely on The Caffeine In These Products In The
16 Future. When I Became Of Age And Began To
17 Work For A living Is When I Became Aware
18 That I Needed A Boost To Help Me get Through
19 The Day. Without Coffee, Energy Drinks And Stacker 2's
20 My Output was Dull. Headaches came and Never
21 Went Away If I Didn't Get My Daily Issue Of
22 Coffee. I Believe Coffee Has Had A Negative Impact
23 On My Depression And Paranoia Yet I Cannot Go
24 Without A Few Cups of Coffee A Day.

25     FURTHER YOUR AFFIANT SAYETH NAUGHT.
26     EXECUTED At: Indian Springs, Nevada, this 26th Day of August
27 2014.                          BY: J-/H-/
28                                 Jerrad Henke  #1037275
                                   Post Office Box-208 (SDCC)
                                   Indian Springs, Nevada. 89070./
                                   Affiant, In Propria Personam:

AFFIDAVIT OF: Clifford Stubbs

STATE OF NEVADA  )
                 ) ss:
COUNTY OF CLARK  )

TO WHOM IT MAY CONCERN:

I, Clifford Stubbs, the undersigned, do hereby swear that all statements, facts and events within my foregoing Affidavit are true and correct of my own knowledge, information and belief, and as to those, I believe them to be True and Correct. Signed under the penalty of perjury, pursuant to, NRS. 29.010; 53.045; 208.165, and state the following: I Am addicted to caffeine in coffee Because I have to have it. when I don't drink any I get server Headaches, like migraines and my motor nerve impairment, I have the shakes, I am depressed. I even have minor kidney problems like they Hurt at times. it's like the withdrawals are strongly imbearable. I can't stop. I have to have (2) Two Heaping spoonful in my coffee cup. I Am Highly Addicted. I wake up with Headaches in the mornings that depends on coffee caffeine to subside. each day.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

EXECUTED At: Indian Springs, Nevada, this 21 Day of October, 2014.

BY: Clifford Stubbs #61877
Clifford Stubbs  #61877
Post Office Box-208 (SDCC)
Indian Springs, Nevada. 89070./
Affiant, In Propria Personam:

# $C_8H_{10}N_4O_2$

Inside the overstimulated, underregulated, multinational CAFFEINE industry.

#1

## THE PRODUCTS

Here are just a fraction of the quick fixes on the market today.

- **208** MG/1.9 FL OZ — 5-HOUR ENERGY
- **60** MG/0.08 FL OZ — MIO ENERGY LIQUID WATER ENHANCER
- **35** MG/12 FL OZ — COCA-COLA
- **149** MG/2 FL OZ — STACKER 2 6-HOUR POWER ENERGY SHOT
- **47** MG/12 FL OZ — DIET COKE
- **160** MG/16 FL OZ — MONSTER ENERGY DRINK
- **200** MG/CAPLET — NODOZ
- **54** MG/12 FL OZ — MOUNTAIN DEW



## The History

Highlights of our 5,000-year addiction to caffeine.

**2737 BC** — Chinese emperor Shen Nung is said to discover tea when leaves blow into his cup of hot water.

**AD 350** — The first account of planting and drinking tea is published in China.

**ca. 1000** — Coffee, previously eaten as beans, is first infused with water.

**1300s** — The process of roasting coffee is discovered.

**1511** — Mecca's governor bans coffee, citing ill health effects and bad behavior in those who drink it.



**Synthetic Caffeine**

These days, the majority of caffeine is made in chemical factories—and most of that happens in China. According to Panjiva, which tracks global trade, just three Chinese firms manufacture nearly half of the caffeine consumed in the US. Different factories make caffeine in slightly different ways, but here's how German firm BASF does it.

**1)** The essential building block of caffeine is urea, a nitrogen-rich compound produced from ammonia. (Walk by a synthetic-caffeine factory and you'll often catch that distinctive cat-pee smell.)

**2)** The urea is transformed with agents like methylamine (whose role in making crystal meth you might remember from *Breaking Bad*) and formic acid (which ants emit when threatened).

**3)** Eventually it becomes theophylline, a stimulant with properties much like caffeine's. If not for our long history with caffeine, we might be drinking theophylline sodas today.

**4)** The theophylline is mixed with methyl chloride, which "methylates" it. Voilà—pure synthetic caffeine. "It's classic organic chemical synthesis," says MIT researcher Stephen Sofen. "Nothing fancy."

**THE POWDER**

There are two ways to produce powdered caffeine: Refine it or make it from scratch.

**Natural Caffeine**

America's largest natural caffeine producer is Maximus Coffee Group, which extracts it from more than 100 million pounds of beans per year. Here's how.

**1)** Beans are blown to the top of a 16-story tower. **2)** High-pressure carbon dioxide is pumped through them as they fall, stripping away caffeine while leaving the coffee flavor intact. **3)** The caffeine-laden carbon dioxide is blended into water. **4)** That solution is pumped into another chamber, where the pressure drops, separating the caffeine and water from the $CO_2$. **5)** The caffeinated liquid—roughly 0.2 percent caffeine—is stored in tanks. **6)** It then flows through concentrators, where steam coils evaporate it into a syrupy caffeine concentrate. **7)** Finally, the concentrate is poured over hot rotating drums to dry. **8)** What's left is a flaky tan powder—natural caffeine, roughly 95 percent pure.

| 1909 | 1911 | 1938 | 1980 | 1985 | 1992 |
|---|---|---|---|---|---|
| Federal government seizes shipment of Coca-Cola over the alleged ill effects of caffeine. | Coke hires psychologist Harry Hollingworth, who demonstrates the benefits of caffeine. | Nescafé instant coffee is launched. | Journalists at the 1980 Democratic National Convention are offered emergency NoDoz kits. | Jolt Cola is introduced. | Starbucks goes public. |

#3

## BRAIN

Caffeine acts by blocking the neurotransmitter adenosine, which tells us when we're tired. It binds to the receptors that adenosine normally occupies—in essence, hogging the bar stool so adenosine is unable to sit down. Besides imparting a feeling of energy and alertness,

## EYES

A study of Navy SEAL trainees found that 200 to 300 mg of caffeine (four to six cans of Mountain Dew) yielded a measurable improvement in vigilance and visual reaction times.

## ARMS

A 2010 study found that caffeine increased upper-body strength in female gym-goers. It also seems to provide a small endurance boost: In a study of competitive rowers, average times in a 2,000-meter race dropped by more than 1 percent.

## THE POWER-UP

Caffeine starts by crossing the blood-brain barrier—then it creates effects throughout the body.

## THE PROBLEM

Caffeine is addictive; also, since it's a diuretic, it can cause dehydration. But worst of all, in rare cases an overdose of caffeine can kill you, typically by stopping your heart. The FDA hasn't released much data about the 13 deaths it's investigating, but in at least three cases the official cause of death was heart attack. Usually it takes a lot of caffeine to get there. In April 2010, a Briton named Michael Bedford ate two spoonfuls of pure caffeine powder and washed it down with an energy drink. He quickly vomited, collapsed, and died. But Bedford likely consumed more than 5 grams of caffeine—the equivalent of 24 shots of 5-Hour Energy. That's more than even the biggest buzz-chaser would ever want to swallow.

## HANDS

A 1912 study of caffeine's effects reported that the drug increased the speed of a 38-year-old "lady typewriter." More recent research, however, has shown that it can actually impair fine motor performance—especially in infrequent users, who get the jitters.

## LEGS

Runners too seem to benefit from caffeine, with an increase in "time to exhaustion" (how long you can run without stopping). In general, optimal benefits for athletes tend to involve dosing of 3 to 6 mg per kilogram of body mass. To reach 6 mg/kg, a 175-pound athlete would need 480 mg of caffeine, or six cans of Red Bull.

**MURRAY CARPENTER** (murraycarpenter.com) is writing a book about caffeine, All Jacked Up, to be published next year by Hudson Street Press.

| 1997 | 2003 | 2004 | 2009 | 2011 | 2012 |
|---|---|---|---|---|---|
| Red Bull is launched in the US. | Stay Alert gum is introduced. | 5-Hour Energy creates the first "energy shot." | Scientists and state attorneys general petition the FDA to restrict alcoholic energy drinks. | LeBron James introduces Sheets, melt-on-the-tongue caffeine strips. | The FDA investigates claims of 13 deaths related to 5-Hour Energy; results are still pending. |

**CAFFEINE HAS GONE CRAZY.** It now comes in so many forms that it's hard to keep up: soft drinks, obviously, but also energy drinks, energy shots, chewing gum, sports gels, and nasal sprays. In all of them, the marquee ingredient is a white powder, delivered to our bloodstreams by a sophisticated global supply chain that few of us know anything about. ••• The scale of this industry is as eye-opening as a NoDoz. Americans plow through more than 15 million pounds of powdered caffeine annually—enough to fill a freight train 2 miles long, all 270 cars loaded to the brim. ••• This turbocharging might be taking a toll on our health. US emergency room visits related to energy drinks spiked from 1,100 in 2005 to 13,000 in 2009, and in November the FDA announced it was investigating 5-Hour Energy after 13 deaths were associated with the popular product. Through it all, sales continue to jitter upward. We have become creatures that turn caffeine into motion, and the corner store is our filling station. Here's a graphical look at the drug that keeps America moving.

BY MURRAY CARPENTER ••  ILLUSTRATIONS BY CARL DETORRES



Exhibit #4

- 224 MG/16 FL OZ — NOS ENERGY DRINK
- 80 MG/8.4 FL OZ — (Red Bull)
- 320 MG/16 FL OZ — ROCKSTAR 2X ENERGY DRINK
- 320 MG/2 PILLS — ZANTREX-3 DIET PILLS
- 100 MG/1.2 OZ — CLIF SHOT ENERGY GEL
- 100 MG/PIECE — STAY ALERT GUM
- 69 MG/12 FL OZ — PEPSI MAX
- 50 MG/12 FL OZ — STARBUCKS REFRESHERS
- 50 MG/STRIP — ENERGY SHEETS

| 1615 | 1734 | 1819 | 1886 | 1895 | 1898 |
|---|---|---|---|---|---|
| Venetian merchants introduce coffee to Europe. | J. S. Bach composes the "Coffee Cantata." | Friedlieb Ferdinand Runge, a German chemist, isolates caffeine from coffee. | Coca-Cola is introduced. | Emil Fischer, another German chemist, synthesizes caffeine from urea. | Pepsi-Cola is introduced. |